In the
# United States District Court
For the Northern District of Illinois, Eastern Division

| | |
|---|---|
| JOHN F. TAMBURO ) | |
|    *Plaintiff* ) | |
| ) | **No. 10-CV-5545** |
| -*against*- ) | |
| ) | **Judge Presiding:** |
| MIRAMED REVENUE GROUP, LLC ) | **The Honorable Marvin E. Aspen** |
|    *Defendant* ) | |

**PLAINTIFF'S *UNPPOSED* MOTION TO DISMISS
PURSUANT TO SETTLEMENT**

NOW COMES your Plaintiff, John F. Tamburo, stating the following as his *unopposed* motion to dismiss this case pursuant to settlement:

1. This case was filed on September 1, 2010.

2. After negotiation, the parties have agreed to settle this matter, and have codified such settlement into a confidential settlement agreement.

3. The terms of settlement require that the Plaintiff dismiss this case, with this honorable court retaining jurisdiction to enforce its terms.

4. Defendant's counsel is aware of this motion and does not oppose it.

WHEREFORE, PREMISES CONSIDERED, Plaintiff prays that this court dismiss this case pursuant to settlement, with the court retaining jurisdiction to enforce the settlement agreement.

Respectfully Submitted this 4th day of October, 2010:

/s/John F. Tamburo/s/_____
John F. Tamburo
Plaintiff
219 N. White St., #2C
Frankfort IL 60423
815-464-5010