## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois − CM/ECF LIVE, Ver 4.1.1
### Eastern Division

| | | |
|---|---|---|
| John F. Tamburo | | |
| | Plaintiff, | |
| v. | | Case No.: 1:10−cv−05545 |
| | | Honorable Marvin E. Aspen |
| Miramed Revenue Group, LLC | | |
| | Defendant. | |

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Monday, October 4, 2010:

    MINUTE entry before Honorable Marvin E. Aspen:Plaintiffs' unopposed Motion to dismiss [7] pursuant to settlement is granted Motion terminated. This action is dismissed pursuant to settlement, with the court retaining jurisdiction to enforce the settlement agreement. The status hearing set for 10/21/10 is stricken. The motion hearing set for 10/7/10 is stricken. Civil case terminated. ; Motions terminated: Judicial staff mailed notice(gl, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.